UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| SETH D. HARRIS, Acting Secretary of Labor, United States Department of Labor,<br><br>    Plaintiff,<br><br>v.<br><br>MAINSTAY BUSINESS SOLUTIONS, a federally authorized division of Blue Lake Rancheria Economic Development Corporation, et al.,<br><br>    Defendants.<br>_____/ | No. 1:13-CV-01802 NJV<br><br>ORDER SETTING STATUS CONFERENCE |

This case is HEREBY SET for a telephonic status conference on May 28, 2013, at 1:00 pm. The parties shall attend the status conference by calling 888-684-8852 and entering access code 1868782.

IT IS SO ORDERED.

Dated: May 17, 2013

NANDOR J. VADAS
United States Magistrate Judge