JANET M. HEROLD, Regional Solicitor
DAVID M. KAHN, Counsel for Employment Standards
California State Bar Number 230957
United States Department of Labor
Office of the Solicitor
90 Seventh Street, Suite 3-700
San Francisco, California 94103
Telephone: (415) 625-7756
Facsimile: (415) 625-7772
email:. kahn.david.m@dol.gov

Attorneys for Plaintiff, Seth D. Harris, Acting Secretary
United States Department of Labor

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH D. HARRIS, Acting Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br>v.<br><br>MAINSTAY BUSINESS SOLUTIONS, a federally-authorized division of Blue Lake Rancheria Economic Development Corporation, BLUE LAKE RANCHERIA ECONOMIC DEVELOPMENT CORPORATION, BLUE LAKE RANCHERIA, a federally-recognized Indian Tribe, and ERIC RAMOS, an individual,<br><br>Defendants. | Case No.: 1:13-cv-01802-NJV<br><br>Hon. Nandor J. Vadas<br><br>**STIPULATION FOR ENTRY OF ORDER GRANTING WRIT OF GARNISHMENT AND ORDER OF DISPOSITION**<br><br>**GARNISHEE:**<br>**BANK OF THE WEST** |

Plaintiff, SETH D. HARRIS, Acting Secretary of Labor, United States Department of Labor (the "Secretary") and Defendant MAINSTAY BUSINESS SOLUTIONS ("Mainstay"), pursuant to the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. 3205, enter into this Stipulation for Entry of Order

*Stipulation for Entry of Order*     1

1. Granting Writ of Garnishment and Order of Disposition under 28 U.S.C. § 3205(c)(7) with reference to the following facts:

## RECITALS

A. Defendant Mainstay is indebted to the United States Department of Labor due to failure to pay wages to employees pursuant to the Fair Labor Standards Act of 1938, as amended. The back wages due were reduced to a judgment by this Court on May 30, 2013, in the amount of $57,088.53. The current balance sought through garnishment on this obligation is $30,000.00, consisting totally of principal.

B. The Secretary has demanded payment of the amount due from Defendant Mainstay.

C. Defendant Mainstay acknowledges its right to request a hearing on a writ of garnishment under 28 U.S.C. § 3202(b), to object to any answer filed by the garnishee, and to claim exemptions, and agrees to waive those rights for the purpose of this stipulation.

D. Garnishee Bank of the West has possession of property in which the Defendant Mainstay has a substantial nonexempt interest.

E. Garnishee's name and address is:

> Bank of the West
> 295 Bush Street
> San Francisco, California 94104

*Stipulation for Entry of Order*        2

## STIPULATION

Based on the foregoing, the Secretary and Defendant Mainstay STIPULATE and AGREE that:

1. Defendant Mainstay waives service of an application for a writ of garnishment pursuant to 28 U.S.C. § 3205, and further waives its right to a hearing under 28 U.S.C. § 3205.
2. Defendant Mainstay waives its right to object to the garnishment and to claim the money taken as garnishment as exempt.
3. The Clerk of Court may issue a writ of garnishment directed to Bank of the West.
4. The writ of garnishment shall direct garnishee Bank of the West to pay the United States Department of Labor Wage and Hour Division $30,000.00.

//
//
//
//
//
//
//
//
//
//
//
//

5. The order approving this stipulation shall also serve as an order of disposition under 28 U.S.C. § 3205(c)(7) directing the garnishee to pay the garnished sums to the Secretary of Labor.

SO STIPULATED

Defendant Mainstay Business Solutions hereby stipulates on this 5th day of June, 2013.

FOR MAINSTAY BUSINESS SOLUTIONS:

Name: *[signature]*

Title: Attorney for Defendant Mainstay Business Solutions

Dated: June 6, 2013

M. PATRICIA SMITH
Solicitor of Labor

JANET M. HEROLD
Regional Solicitor

*/s/ David M. Kahn*
DAVID M. KAHN
Counsel for Employment Standards

Attorneys for U.S. Department of Labor