JANET M. HEROLD, Regional Solicitor
DAVID M. KAHN, Counsel for Employment Standards
California State Bar Number 230957
United States Department of Labor
Office of the Solicitor
90 Seventh Street, Suite 3-700
San Francisco, California 94103
Telephone: (415) 625-7756
Facsimile: (415) 625-7772
email:. kahn.david.m@dol.gov

Attorneys for Plaintiff, Seth D. Harris, Acting Secretary
United States Department of Labor

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH D. HARRIS, Acting Secretary of Labor, United States Department of Labor,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MAINSTAY BUSINESS SOLUTIONS, a federally-authorized division of Blue Lake Rancheria Economic Development Corporation, BLUE LAKE RANCHERIA ECONOMIC DEVELOPMENT CORPORATION, BLUE LAKE RANCHERIA, a federally-recognized Indian Tribe, and ERIC RAMOS, an individual,<br><br>　　　　　Defendants. | Case No.: 1:13-cv-01802-NJV<br><br>Hon. Nandor J. Vadas<br><br>**[proposed] ORDER APPROVING STIPULATION FOR ENTRY OF ORDER GRANTING WRIT OF GARNISHMENT AND ORDER OF DISPOSITION**<br><br>**GARNISHEE:**<br>**BANK OF THE WEST** |

　　　Upon consideration of the Stipulation for Entry of Order Granting Writ of Garnishment, and for good cause shown,

　　　IT IS HEREBY ORDERED that the Stipulation for Entry of Order Granting Writ of Garnishment is approved.

*[proposed] Order*　　　　　　　　　　　　　　　1

1    IT IS FURTHER ORDERED that the Clerk of Court shall issue a Writ of
2 Continuing Garnishment to garnishee Bank of the West for the purpose of
3 garnishing funds from Defendant Mainstay Business Solutions' bank account, in
4 which Defendant Mainstay has a substantial nonexempt interest, to partially satisfy
5 the judgment entered in the above-captioned case, in the amount of $30,000.00.
6    IT IS FURTHER ORDERED that this order shall serve as an Order of
7 Disposition under 28 U.S.C. § 3205(c)(7) directing the garnishee to make the
8 payment directed by the Clerk's Writ.  Garnishee Bank of the West shall pay to the
9 Plaintiff, Department of Labor, funds in the amount of $30,000.00, belonging to
10 Defendant Mainstay Business Solutions and currently in the Garnishee's
11 possession.

13    IT IS SO ORDERED.

16 Dated: June 12, 2013    _____
17                          United States Magistrate Judge

*[proposed] Order*                           2