JANET M. HEROLD, Regional Solicitor
DAVID M. KAHN, Counsel for Employment Standards
California State Bar Number 230957
United States Department of Labor
Office of the Solicitor
90 Seventh Street, Suite 3-700
San Francisco, California 94103
Telephone: (415) 625-7756
Facsimile: (415) 625-7772
email:. kahn.david.m@dol.gov

Attorneys for Plaintiff, Thomas E. Perez, Secretary
United States Department of Labor

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. PEREZ,[1] Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>MAINSTAY BUSINESS SOLUTIONS, a federally-authorized division of Blue Lake Rancheria Economic Development Corporation, BLUE LAKE RANCHERIA ECONOMIC DEVELOPMENT CORPORATION, BLUE LAKE RANCHERIA, a federally-recognized Indian Tribe, and ERIC RAMOS, an individual,<br><br>Defendants. | Case No.: 1:13-cv-01802-NJV<br><br>ORDER RE **STIPULATED DISMISSAL OF BLUE LAKE RANCHERIA ECONOMIC DEVELOPMENT CORPORATION and BLUE LAKE RANCHERIA** |

Plaintiff, THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor (the "Secretary") and Defendants BLUE LAKE RANCHERIA ECONOMIC DEVELOPMENT CORPORATION ("EDCo") and

---

[1] Thomas E. Perez was sworn in as Secretary of Labor on July 23, 2013. Pursuant to FRCP 25(d) the caption has been changed to reflect his appointment.

*Stipulated Dismissal*             1

BLUE LAKE RANCHERIA, a federally recognized Indian Tribe ("Blue Lake Rancheria") hereby stipulate to the dismissal of EDCo and Blue Lake Rancheria as Defendants in the above-captioned case.

This Stipulated Dismissal is not binding on any United States Department of Labor agency or any other governmental agency other than the United States Department of Labor Wage and Hour Division.

Each party shall bear all fees and other expenses (including court costs) incurred by such party in connection with any stage of this proceeding to date.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

1     ORDERED that Defendants EDCo and Blue Lake Rancheria are hereby
2 dismissed as Defendants in the above-captioned case.
3
4     Dated this __19__ day of ____September____, 2013.

_____
U.S. ~~DISTRICT~~ JUDGE
MAGISTRATE

Defendants EDCo and Blue Lake
Rancheria hereby stipulate on this
__9th__ day of __April__,
2013.

Dated: April 18, 2013

M. PATRICIA SMITH
Solicitor of Labor

FOR EDCO:

Name: _____

Title: Secretary

JANET M. HEROLD
Regional Solicitor

*[signature]*
DAVID M. KAHN
Counsel for Employment Standards

FOR BLUE LAKE RANCHERIA

Name: Arla Ramsey

Title: Vice-Chairperson

Attorneys for U.S. Department of Labor

*Stipulated Dismissal*            3